**[ORAL ARGUMENT NOT YET SCHEDULED]**

**Nos. 25-1019, 25-1020**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAVID JULIAN,
                *Petitioner*,

v.

OFFICE OF THE COMPTROLLER OF THE CURRENCY,
                *Respondent*.

PAUL MCLINKO,
                *Petitioner*,

v.

OFFICE OF THE COMPTROLLER OF THE CURRENCY,
                *Respondent*.

On Petition For Review Of Order
Of The Office Of The Comptroller Of The Currency

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Petitioners David Julian and Paul McLinko and Respondent Office of the Comptroller of the Currency stipulate to dismissal with prejudice of the Petitions for Review in case Nos. 25-1019 and 25-1020.

Petitioners filed their Petitions for Review on January 15, 2025. The parties recently reached separate agreements to resolve the cases without further litigation. The parties therefore stipulate to dismissal of the Petitions for Review.

The parties agree that all sides will bear their own fees and costs on appeal.

Dated: April 25, 2025

/s/ Jason Fernandes (with consent)
Jason Fernandes
Attorney

Patricia S. Grady
Deputy Chief Counsel

Peter C. Koch
Director for Litigation

Amber Melton
Assistant Director for Litigation

Daniel Prieve
Counsel

Derick Fong
Attorney

Kristin McManus
Attorney

OFFICE OF THE COMPTROLLER
  OF THE CURRENCY
400 7th Street S.W.
Washington, D.C. 20219
(202) 701-5491
jason.fernandes@occ.treas.gov
patricia.grady@occ.treas.gov
peter.koch@occ.treas.gov
amber.melton@occ.treas.gov
daniel.prieve@occ.treas.gov

*Counsel for Office of the Comptroller of the Currency*

Respectfully submitted,

/s/ Mark C. Fleming
Mark C. Fleming
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
(617) 526-6000
Boston, MA 02109
mark.fleming@wilmerhale.com

Matthew T. Martens
Derek A. Woodman
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 663-6000
matthew.martens@wilmerhale.com
derek.woodman@wilmerhale.com

*Counsel for David Julian*

/s/ Matthew S. Hellman (with consent)
Matthew S. Hellman
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
mhellman@jenner.com

Gabriel K. Gillett
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
ggillett@jenner.com

Timothy P. Crudo
Rees F. Morgan
Mark L. Hejinian

Daniel M. Bruggebrew
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104

*Counsel for Paul McLinko*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.  Counsel for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Mark C. Fleming
Mark C. Fleming